IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TANNEH ANGELA GUEH,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-386(MTT) |
| **Officer GREEN,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), United States Magistrate Judge Charles H. Weigle ordered the excessive force claim against Officer Green to go forward and recommends dismissing Defendants Pulaski State Prison, Belinda Davis, Melvin Butts, Deputy Warden Christian, and Deputy Warden Green as parties to this action. (Doc. 15). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of the Court. Accordingly, Pulaski State Prison, Davis, Butts, Christian, and Deputy Warden Green are **DISMISSED** as defendants in this action.

**SO ORDERED**, this 31st day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT