# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TANNEH ANGELA GUEH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-386(MTT) |
| Officer ASTI GREEN, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Defendant's motion to dismiss. Doc. 31. The Defendant objected to the portion of the Recommendation that recommends that the Court reject the Defendant's argument that the Plaintiff's claim should be dismissed as time-barred. Doc. 32. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Defendant's objection and made a de novo determination of the portion of the Recommendation to which the Defendant objects. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of the Court. Accordingly, the Defendant's motion to dismiss (Doc. 21) is **DENIED**.

**SO ORDERED**, this 13th day of January, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT