IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TANNEH ANGELA GUEH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:15-CV-386(MTT) |
| Officer ASTI GREEN, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Defendant's motion for summary judgment (Doc. 45). Doc. 52. The Defendant has not objected. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 52) is **ADOPTED** and made the order of the Court. Accordingly, the Defendant's motion for summary judgment (Doc. 45) is **DENIED**.

**SO ORDERED**, this 19th day of April, 2018 *nunc pro tunc* 8th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT