IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TANNEH ANGELA GUEH, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:15-CV-386 (MTT) |
| | * | |
| Officer ASTI GREEN, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to the jury verdict dated May 8, 2018 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall also recover costs of this action.

This 10th day of May, 2018.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk